Opinion issued August 1, 2002 





 



 


 

 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00513-CR

____________


ALEXANDER CABRERA, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 262nd District Court

Harris County, Texas

Trial Court Cause No. 893377






MEMORANDUM OPINION

 Appellant's counsel, Jim Leitner, has filed a motion to dismiss this appeal
because it has been rendered moot. The clerk's record reflects that trial court cause
number 893377 was dismissed by the court on the State's motion after appellant's 
conviction in another case. (1)

 The motion is granted.

 The appeal is dismissed as moot.

 It is so ORDERED.


PER CURIAM



Panel consists of Justices Hedges, Jennings, and Keyes.


Do not publish. Tex. R. App. P. 47.
1. Appellant's conviction in cause number 893376 is pending in this Court in
cause number 01-02-00502-CR.